■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WHITE, Also Known as YAHYA MALIK, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on or about June 3, 2003, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Buckley and Gonzalez, JJ.